AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__Middle__ DISTRICT OF __Pennsylvania__

UNITED STATES OF AMERICA

v.

JAMES BROWN

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08-mj-69

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 10, 2008__ in __Union__ county, in the __Middle__ District of __Pennsylvania__ defendant did, (Track Statutory Language of Offense)

knowingly, and, unlawfully escape from the custody of the Bureau of Prisons.

in violation of Title __18__ United States Code, Section(s) __751(a)(1)__

I further state that I am a __Deputy U.S. Marshal with the U.S. Marshal's Service__, and that this complaint is based on the following facts:
Official Title

See attached Affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_William M. Pugh, Deputy U.S. Marshal_

Sworn to before me and subscribed in my presence,

__July 11, 2008__ at __Williamsport, Pennsylvania__
Date / City and State

John E. Jones III
United States District Judge
Name & Title of Judicial Officer / Signature of Judicial Officer